ORIGINAL

1  Craig S. Summers (State Bar No. 108688)
   craig.summers@kmob.com
2  David G. Jankowski (State Bar No. 205634)
   david.jankowski@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
4  Fourteenth Floor
   Irvine, CA  92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
7  Attorneys for Plaintiffs,
   WAVE LOCH, INC. and LIGHT WAVE, LTD.
8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11 | WAVE LOCH, INC., a California corporation,  ) Civil Action No.
   | and LIGHT WAVE, LTD., a Utah limited        )
12 | partnership,                                 )
   |                                              ) NOTICE OF PARTY WITH
13 |              Plaintiffs,                     ) FINANCIAL INTEREST
   |                                              )
14 |      v.                                      )
   |                                              )
15 | AMERICAN WAVE MACHINES, INC., a              )
   | California corporation,                      )
16 |                                              )
   |              Defendant.                      )
17 |                                              )
   |                                              )
18 |_____)

19

20

21

22

23

24

25

26

27

28

FILED
08 MAY 23 PM 4:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FAXED

'08 CV 0928 W WMc

Plaintiffs Wave Loch, Inc. ("Wave Loch") and Light Wave, Ltd. ("Light Wave"), hereby provide their Notice of Party with Financial Interest pursuant to Rule 40.2 of the Local Rules of this Court and Rule 7.1 of the Federal Rules of Civil Procedure.

Plaintiff Wave Loch has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Light Wave has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 5/23/08   By: /s/ Craig S. Summers
Craig S. Summers
David G. Jankowski
Attorneys for Plaintiffs,
WAVE LOCH, INC. and LIGHT WAVE, LTD.

LOCHTL.120L
5407745_1
052008

-1-

******