# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah Limited partnership,

vs

AMERICAN WAVE MACHINES, INC., a California corporation.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0928 W WMc

FILED 08 MAY 23 PM 4:18 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Craig S. Summers
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

MAY 23 2008
DATE