Guillermo Cabrera, State Bar No. 190303
**THE CABRERA FIRM, APC**
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-400-4880
Facsimile:  619-400-4810
Email: gil@cabrerafirm.com

Attorney for Defendant American Wave Machines, Inc.

Craig S. Summers, State Bar No. 108688
craig.summers@kmob.com
David G. Jankowski, State Bar No. 205634
david.jankowski@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs,
WAVE LOCH, INC. and LIGHT WAVE, LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah limited partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>          Defendant. | Case No.: 08-CV-0928 W WMc<br><br>**JOINT MOTION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

The parties jointly move the Court to extend the date for defendant's response to the complaint to July 10, 2008.

/ / /

/ / /

/ / /

1

Case No. 08-CV-0928 W WMc

Defendant is in the process of finalizing retention of counsel to represent it in this matter and will need additional time to evaluate plaintiffs' claims and determine the appropriate response to the complaint.

DATED: June 11, 2008        THE CABRERA FIRM APC


                            By:   /s/ Guillermo Cabrera
                                  Guillermo Cabrera
                                  Attorney for Defendant American Wave Machines, Inc.


DATED: June 11, 2008        KNOBBE, MARTENS, OLSON & BEAR, LLP


                            By:   /s/ David G. Jankowski
                                  Craig S. Summers
                                  David G. Jankowski
                                  Attorneys for Plaintiffs
                                  Wave Loch, Inc. and Light Wave, Ltd.

1

**PROOF OF SERVICE**
**(FRCP 5)**

2

3   I am a citizen of the United States and a resident of the State of California. I am

4   employed in San Diego County, State of California, in the office of a member of the bar of this

5   Court, at whose direction the service was made. I am over the age of eighteen years, and not a

6   party to the within action. My business address is The Cabrera Firm, APC, 501 West

7   Broadway, Suite 800, San Diego, California 92101. On the date set forth below I served the

8   documents described below in the manner described below:

9   **JOINT MOTION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT**

10   ☐   (BY U.S. MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

13   ☐   (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

15   ☐   (BY FACSIMILE) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

17   ☐   (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

20   ✘   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail with the Clerk of the Court using the CM/ECF system.

on the following part(ies) in this action:

    Craig S. Summers
    craig.summers@kmob.com
    David G. Jankowski
    david.jankowski@kmob.com
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street
    Fourteenth Floor
    Irvine, CA  92614

1.                                              **08-CV-0928 W WMC**

1
2   Executed on June 11, 2008, at San Diego, California.
3
4                                            /s/ Guillermo Cabrera
                                              Guillermo Cabrera
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28