# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC. et. al.,<br><br>  Plaintiffs,<br>vs.<br><br>AMERICAN WAVE MACHINES, INC., <br><br>  Defendant. | CASE NO. 08-CV-0928 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT** (Doc. No. 4) |

On May 23, 2008 Plaintiffs Wave Loch, Inc. et. al. ("Plaintiffs") filed a complaint against Defendant American Wave Machines, Inc. ("Defendant"). On June 11, 2008 both parties moved for an extension of time for Defendant to respond to the complaint. (Doc. No. 4.)   Good cause showing, the Court **GRANTS** the parties' request. Defendant shall have until **July 10, 2008** to respond to Plaintiffs' complaint.

**IT IS SO ORDERED**.

DATED: June 13, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28