CRAIG S. SUMMERS, ESQ.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, Ca 92614
(949) 760-0404

For Court Use Only

**ATTORNEYS FOR: PLAINTIFFS**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

WAVE LOCH, INC., et al.
**PLAINTIFF,**

vs.

AMERICAN WAVE MACHINE, INC,
**DEFENDANT.**

**CASE NUMBER**
'08 CV 0928 W (WMc)

**PROOF OF SERVICE**
N/A

1. At the time of service I was at least 18 years of age, not a party to the within action, and I served the following documents: SEE ATTACHMENT FOR DOCUMENTS SERVED

2. a. Party Served:       AMERICAN WAVE MACHINES, INC.
   b. Person Served:      Marie McFarland, Co-Owner, authorized to accept service of process
   c. Address:            615 Marvista Drive
                          Solana Beach, CA 92075

3. Manner of service in compliance with:
   (X) Federal Rules of Civil Procedure
   ( ) California Code of Civil Procedure

4. A. (X) By personal service; (date): May 23, 2008   (Time): 6:55 P.M.
   B. ( ) By substituted service on:
      1. ( ) (home) at the dwelling house, usual place of abode, or usual place of business of the person served, in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ( ) business address, person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ( ) papers were served on (date):      At (time):
      4. ( ) by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in item 2(c)
      5. ( ) papers were mailed on (date):
      6. ( ) due diligence: I made at least 3 attempts to personally serve the defendant

**DECLARATION OF SERVER**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

K. Wysong
FIRST LEGAL SUPPORT SERVICES
301 CIVIC CENTER DRIVE WEST
SANTA ANA, CA. 92701
(714) 541-1110
Reg.#: 879
County: San Diego

Date: June 12, 2008
Service Fee: $167.20

Signature _____

1876129;sf

**PROOF OF SERVICE**

## ATTACHMENT

*KNOBBE, MARTENS, OLSON & BEAR, LLP*
*WAVE LOCH, INC. and LIGHT WAVE, LTD -vs- AMERICAN WAVE MACHINES, INC.*
*CASE NUMBER '08 CV 0928 W WMc*

1. SUMMONS IN A CIVIL ACTION

2. COMPLAINT FOR PATENT INFRINGEMENT, DEMAND FOR JURY TRIAL

3. CIVIL COVER SHEET

4. NOTICE OF PARTY WITH FINANCIAL INTEREST

5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK