Guillermo Cabrera (State Bar No. 190303)
**THE CABRERA FIRM, A.P.C.**
501 West Broadway, Suite 800
San Diego, California 92101
(619) 400-4880
(619) 400-4810 Facsimile

Attorney for American Wave Machines, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC., a California corporation, LIGHT WAVE, LTD., a Utah limited partnership,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>        Defendant. | Case No.: 08-CV-0928 W WMc<br><br>**DEFENDANT AMERICAN WAVE MACHINES, INC.'S ANSWER AND COUNTER CLAIMS TO PLAINTIFFS WAVE LOCH, INC. AND LIGHT WAVE, LP**<br><br>**DEMAND FOR JURY TRIAL** |
| AMERICAN WAVE MACHINES, INC.,<br><br>        Counter-Claimant,<br><br>  vs.<br><br>WAVE LOCH, INC., LIGHT WAVE, LTD.,<br><br>        Counter-Defendants. | |

Defendant American Wave Machines, Inc. ("AWM") hereby responds to the allegations of the Complaint, filed May 23, 2008, by Plaintiffs Wave Loch, Inc. and Light Wave, Ltd. (collectively "Plaintiffs"). Except as expressly admitted herein, AWM denies any and all allegations in the Complaint. AWM further answers the numbered paragraphs in the Complaint as follows:

## ANSWER

1. AWM has insufficient information or belief to admit or deny the allegations contained in paragraph 1 and on that basis denies such allegations in their entirety.

2. AWM has insufficient information or belief to admit or deny the allegations contained in paragraph 2 and on that basis denies such allegations in their entirety.

3. AWM admits the allegations of paragraph 3.

4. Paragraph 4 is a statement of Plaintiffs' legal position to which no response is required.

5. Paragraph 5 is a statement of Plaintiffs' legal position to which no response is required.

6. AWM admits that it conducts business in the United States and in this judicial district. Except as expressly admitted herein, AWM denies the allegations of paragraph 6.

7. Paragraph 7 is a statement Plaintiffs' legal position to which no response is required.

8. AWM realleges and reincorporates herein by reference its answers to paragraphs 1-7 above.

9. U.S. Patent No. 5,236,280 speaks for itself and is the best evidence of its content. To the extent the allegations of paragraph 9 vary therewith, AWM denies each and every such allegation. AWM has insufficient information or belief to admit or deny the remaining allegations contained in paragraph 9 and on that basis denies such allegations in their entirety.

10. AWM denies the allegations of paragraph 10.

1    11.    AWM denies the allegations of paragraph 11.
2    12.    AWM denies the allegations of paragraph 12.
3    13.    AWM denies the allegations of paragraph 13.
4    14.    AWM realleges and reincorporates herein by reference its answers to
5  paragraphs 1-7 above.
6    15.    U.S. Patent No. 5,393,170 speaks for itself and is the best evidence of its
7  content. To the extent the allegations of paragraph 15 vary therewith, AWM denies each and
8  every such allegation. AWM has insufficient information or belief to admit or deny the
9  remaining allegations contained in paragraph 15 and on that basis denies such allegations in
10 their entirety.
11   16.    AWM denies the allegations of paragraph 16.
12   17.    AWM denies the allegations of paragraph 17.
13   18.    AWM denies the allegations of paragraph 18.
14   19.    AWM denies the allegations of paragraph 19.
15   20.    AWM realleges and reincorporates herein by reference its answers to
16 paragraph 1-7 above.
17   21.    U.S. Patent No. 5,264,859 speaks for itself and is the best evidence of its
18 content. To the extent the allegations of Paragraph 21 vary therewith, AWM denies each and
19 every such allegation. AWM has insufficient information or belief to admit or deny the
20 remaining allegations contained in paragraph 21 and on that basis denies such allegations in
21 their entirety.
22   22.    AWM denies the allegations of paragraph 22.
23   23.    AWM denies the allegations of paragraph 23.
24   24.    AWM denies the allegations of paragraph 24.
25   25.    AWM denies the allegations of paragraph 25.
26 ///
27 ///
28

# AFFIRMATIVE DEFENSES

As further answer and as affirmative defenses, AWM alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

26. Plaintiffs have failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

27. AWM has not infringed and does not infringe any of the claims of the '280 patent.

## THIRD AFFIRMATIVE DEFENSE

28. AWM has not infringed and does not infringe any of the claims of the '170 patent.

## FOURTH AFFIRMATIVE DEFENSE

29. AWM has not infringed and does not infringe any of the claims of the '859 patent.

## FIFTH AFFIRMATIVE DEFENSE

30. On information and belief, the asserted claims of the '280, 170 and '859 patents are invalid for failure to comply with one or more of the requirements of the United States Code, Title 35, including without limitation 35 U.S.C. §§101, 102, 103 and/or 112, and the rules, regulations and laws pertaining thereto.

## SIXTH AFFIRMATIVE DEFENSE

31. Plaintiffs' Complaint and requested relief are barred by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

32. Plaintiffs' Complaint and requested relief are barred by the doctrine of waiver.

## EIGHTH AFFIRMATIVE DEFENSE

33. Plaintiffs' Complaint and requested relief are barred by the doctrine of unclean hands.

///

**NINTH AFFIRMATIVE DEFENSE**

34. Plaintiffs' Complaint and requested relief are barred by the doctrine of laches.

**TENTH AFFIRMATIVE DEFENSE**

35. With regard to Plaintiffs' allegations of willful infringement, AWM has and continues to have a good faith believe that AWM has not infringed any valid claim of the '280, '170 or '859 patents.

**COUNTERCLAIMS**

36. AWM is a California corporation with its principal place of business at 615 Marvista Drive, Solana Beach, California 92075

**JURISTICTION AND VENUE**

37. This Action seeks declaratory relief under the Declaratory Judgment Act, Title 28, United States Code, Sections 2201 and 2202, and the Patent Laws of the United States, Title 35, United States Code.  This Court has jurisdiction over this matter pursuant to Title 28, United States Code, Sections 1331 and 1338.

38. Venue is proper in this District pursuant to Title 28, United States Code, Section 1391.

**FIRST COUNTERCLAIM**

**(Declaratory Judgment that AWM Has Not**

**Infringed Any Claims of the '280 Patent)**

39. AWM incorporates by reference the allegations set forth in the preceding paragraphs.

40. Plaintiffs, in their Complaint in this proceeding, have alleged that they are the owners of the '280 patent, and that AWM has infringed and is infringing one or more claims of the '280 patent.

41. AWM denies Plaintiffs' allegations.  In particular, AWM has not infringed and is not now infringing, either directly, contributorily, or through inducement, any claim of the '280 patent.

1  42.  As a result of Plaintiffs' actions and statements, an actual controversy within the meaning of 28 U.S.C. §2201 now exists between the parties regarding the alleged infringement of the '280 patent.

4  43.  AWM desires a judicial determination of the foregoing controversy and a declaration by the Court of the parties' respective rights with respect to all such matters as alleged hereinabove.

7  44.  AWM has no adequate remedy at law.

8  45.  Because this is an exceptional case within the provisions of 35 U.S.C. §285, AWM is entitled to an award of its reasonable attorneys' fees.

**SECOND COUNTERCLAIM**

**(Declaratory Judgment that AWM Has Not**

**Infringed Any Claims of the '170 Patent)**

13  46.  AWM incorporates by reference the allegations set forth in the preceding paragraphs.

15  47.  Plaintiffs, in their Complaint in this proceeding, have alleged that they are the owners of the '170 patent, and that AWM has infringed and is infringing one or more claims of the '170 patent.

18  48.  AWM denies Plaintiffs' allegations. In particular, AWM has not infringed and is not now infringing, either directly, contributorily, or through inducement, any claim of the '280 patent.

21  49.  As a result of Plaintiffs' actions and statements, an actual controversy within the meaning of 28 U.S.C. §2201 now exists between the parties regarding the alleged infringement of the '170 patent.

24  50.  AWM desires a judicial determination of the foregoing controversy and a declaration by the Court of the parties' respective rights with respect to all such matters as alleged hereinabove.

27  51.  AWM has no adequate remedy at law.

5

08-CV-0928 W WMc

52. Because this is an exceptional case within the provisions of 35 U.S.C. §285, AWM is entitled to an award of its reasonable attorneys' fees.

### THIRD COUNTERCLAIM

### (Declaratory Judgment that AWM Has Not

### Infringed Any Claims of the '859 Patent)

53. AWM incorporates by reference the allegations set forth in the preceding paragraphs.

54. Plaintiffs, in their Complaint in this proceeding, have alleged that they are the owners of the '859 patent, and that AWM has infringed and is infringing one or more claims of the '859 patent.

55. AWM denies Plaintiffs' allegations. In particular, AWM has not infringed and is not now infringing, either directly, contributorily, or through inducement, any claim of the '859 patent.

56. As a result of Plaintiffs' actions and statements, an actual controversy within the meaning of 28 U.S.C. §2201 now exists between the parties regarding the alleged infringement of the '859 patent.

57. AWM desires a judicial determination of the foregoing controversy and a declaration by the Court of the parties' respective rights with respect to all such matters as alleged hereinabove.

58. AWM has no adequate remedy at law.

59. Because this is an exceptional case within the provisions of 35 U.S.C. §285, AWM is entitled to an award of its reasonable attorneys' fees.

### PRAYER FOR RELIEF

WHEREFORE, Defendant and Counter-Claimant AWM prays for relief as follows:

1. For a judicial declaration that none of the asserted claims of the '280 patent are infringed by AWM;

1  2. For a judicial declaration that none of the asserted claims of the '170 patent are infringed by AWM;

3. For a judicial declaration that none of the asserted claims of the '859 patent are infringed by AWM;

4. For costs incurred in connection with this Counterclaim;

5. For reasonable attorneys' fees incurred in bringing this Counterclaim; and

6. For such other and further relief as this Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Civil Local Rule 38.1, AWM hereby demands a trial by jury on all issues so triable in this action.

THE CABRERA FIRM, A.P.C.

By:   /s/ Guillermo Cabrera
      Guillermo Cabrera
      Attorney for Defendant American Wave Machines, Inc.

7