# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is The Cabrera Firm, APC, 501 West Broadway, Suite 800, San Diego, California 92101. On the date set forth below I served the documents described below in the manner described below:

**DEFENDANT AMERICAN WAVE MACHINES, INC.'S ANSWER AND COUNTER CLAIMS TO PLAINTIFFS WAVE LOCH, INC. AND LIGHT WAVE, LP**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

✖ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of The Cabrera Firm APC for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail with the Clerk of the Court using the CM/ECF system.

on the following part(ies) in this action:

David Jankoski
Knobbe, Martens, Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
djankowski@kmob.com

1.                                                                                            **08-CV-0928 W WMC**

1   Executed on July 16, 2008, at San Diego, California.

/s/ Guillermo Cabrera
Guillermo Cabrera