Craig S. Summers (State Bar No. 108688)
craig.summers@kmob.com
David G. Jankowski (State Bar No. 205634)
david.jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs,
WAVE LOCH, INC. and LIGHT WAVE, LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah limited partnership,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>        Defendant. | Civil Action No.:<br>08-CV-0928 W- WMC<br><br>**PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIMS** |
| AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah limited partnership,<br><br>        Counterclaim Defendants. | |

## REPLY TO COUNTERCLAIMS

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Plaintiffs and Counterdefendants WAVE LOCH, INC. and LIGHT WAVE, LTD. (jointly, "Wave Loch"), hereby reply to the Counterclaims of Defendant and Counterclaimant AMERICAN WAVE MACHINES, INC. ("AWM"). The numbered paragraphs of this Reply correspond to the numbered paragraphs of AWM's Counterclaims.

## GENERAL DENIAL

Except to the extent expressly admitted or otherwise qualified herein, Wave Loch denies each and every allegation contained in AWM's Counterclaims.

## COUNTERCLAIMS

36. Wave Loch admits the allegations contained in Paragraph 36 of AWM's Counterclaims.

## JURISDICTION AND VENUE

37. Wave Loch admits the allegations contained in Paragraph 37 of AWM's Counterclaims.

38. Wave Loch admits the allegations contained in Paragraph 38 of AWM's Counterclaims.

## FIRST COUNTERCLAIM

**(Declaratory Judgment that AWM has Not Infringed Any Claims of the '280 Patent)**

39. In response to Paragraph 39 of AWM's Counterclaims, Wave Loch incorporates by reference, as if fully set forth herein, its responses contained in Paragraphs 36 through 38 of this Reply.

40. Wave Loch admits that the Complaint for Patent Infringement ("Complaint") alleges that Plaintiff Light Wave, Ltd. is the owner of U.S. Pat. No. 5,236,280 (the "'280 patent"). Wave Loch also admits that the Complaint alleges that AWM has infringed, and is infringing, the '280 patent. Wave Loch denies the remaining allegations contained in Paragraph 40 of AWM's Counterclaims.

/ / /

41. Wave Loch admits that AWM denies some, but not all, of the allegations in the Complaint. Wave Loch denies the remaining allegations contained in Paragraph 41 of AWM's Counterclaims.

42. Wave Loch admits the allegations contained in Paragraph 42 of AWM's Counterclaims.

43. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 43 of AWM's Counterclaims and therefore denies the same.

44. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 44 of AWM's Counterclaims and therefore denies the same.

45. Wave Loch denies the allegations contained in Paragraph 45 of AWM's Counterclaims.

## SECOND COUNTERCLAIM

**(Declaratory Judgment that AWM Has Not Infringed Any Claims of the '170 Patent)**

46. In response to Paragraph 46 of AWM's Counterclaims, Wave Loch incorporates by reference, as if fully set forth herein, its responses contained in Paragraphs 36 through 45 of this Reply.

47. Wave Loch admits that the Complaint alleges that Light Wave, Ltd. is the owner of U.S. Pat. No. 5,393,170 (the "'170 patent"). Wave Loch also admits that the Complaint alleges that AWM has infringed, and is infringing, the '170 patent. Wave Loch denies the remaining allegations contained in Paragraph 47 of AWM's Counterclaims.

48. Wave Loch admits that AWM denies some, but not all, of the allegations in the Complaint. Wave Loch denies the remaining allegations contained in Paragraph 48 of AWM's Counterclaims.

49. Wave Loch admits the allegations contained in Paragraph 49 of AWM's Counterclaims.

/ / /

50. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 50 of AWM's Counterclaims and therefore denies the same.

51. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 51 of AWM's Counterclaims and therefore denies the same.

52. Wave Loch denies the allegations contained in Paragraph 52 of AWM's Counterclaims.

## THIRD COUNTERCLAIM

**(Declaratory Judgment that AWM Has Not Infringed Any Claims of the '859 Patent)**

53. In response to Paragraph 53 of AWM's Counterclaims, Wave Loch incorporates by reference, as if fully set forth herein, its responses contained in Paragraphs 36 through 52 of this Reply.

54. Wave Loch admits that the Complaint alleges that Light Wave, Ltd. is the owner of U.S. Pat. No. 5,564,859 (the "'859 patent"). Wave Loch also admits that the Complaint alleges that AWM has infringed, and is infringing, the '859 patent. Wave Loch denies the remaining allegations contained in Paragraph 54 of AWM's Counterclaims.

55. Wave Loch admits that AWM denies some, but not all, of the allegations in the Complaint. Wave Loch denies the remaining allegations contained in Paragraph 55 of AWM's Counterclaims.

56. Wave Loch admits the allegations contained in Paragraph 56 of AWM's Counterclaims.

57. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 57 of AWM's Counterclaims and therefore denies the same.

58. Wave Loch lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 58 of AWM's Counterclaims and therefore denies the same.

59. Wave Loch denies the allegations contained in Paragraph 59 of AWM's Counterclaims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and Counterdefendants Wave Loch, Inc. and Light Wave, Ltd. respectfully pray for a judgment in their favor against Defendant and Counterclaimant American Wave Machines, Inc. for the following relief:

A. An Order dismissing with prejudice each of AWM's Counterclaims and denying AWM's prayer for relief in its entirety;

B. An Order adjudging this to be an exceptional case pursuant to 35 U.S.C. § 285;

C. An Award to Wave Loch of their attorneys' fees, costs, and expenses incurred in defending against AWM's Counterclaims as allowed by law; and

D. Such other and further relief as the Court may deem just and proper.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 4, 2008     By: s/ Craig S. Summers

Attorneys for Plaintiffs,
WAVE LOCH, INC. and LIGHT WAVE, LTD.

Craig S. Summers
E-mail: craig.summers@kmob.com
David G. Jankowski
Email: david.jankowski@kmob.com

5662151_1
071608

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On August 4, 2008, I served the within **PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIMS** on the parties or their counsel shown below, by Electronic Case Filing as follows:

**VIA CM/ECF:**        Guillermo Cabrera
gil@cabrerafirm.com
THE CABRERA FIRM, A.P.C.
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4880
Facsimile: (619) 400-4810

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2008, at Irvine, California.

_____
Michael S. Lee