Craig S. Summers (State Bar No. 108688)
craig.summers@kmob.com
David G. Jankowski (State Bar No. 205634)
david.jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs,
WAVE LOCH, INC. and LIGHT WAVE, LTD.

Guillermo Cabrera (State Bar No. 190303)
THE CABRERA FIRM, A.P.C.
501 West Broadway, Suite 800
San Diego, CA  92101
(619) 400-4880
(619) 400-4810 Facsimile

Attorney for Defendant,
AMERICAN WAVE MACHINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah limited partnership,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>AMERICAN WAVE MACHINES, INC., a California corporation,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>WAVE LOCH, INC., a California corporation, and LIGHT WAVE, LTD., a Utah limited partnership,<br><br>　　　　　Counterclaim Defendants. | Civil Action No.:<br>08-CV-0928-W (WMC)<br><br>**JOINT REPORT OF RULE 26(f) CONFERENCE OF COUNSEL AND PROPOSED DISCOVERY PLAN** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and this Court's Local Rules, on August 4, 2008, Plaintiffs/Counterdefendants WAVE LOCH, INC. and LIGHT WAVE, LTD. (jointly, "Wave Loch") and Defendant/Counterclaimant AMERICAN WAVE MACHINES, INC. ("AWM") conducted the required conference of counsel and hereby jointly file this report outlining the agreed case schedule and discovery plan, and setting forth any unresolved issues for further consideration by the Court.

## I. BACKGROUND

This is a patent infringement case involving artificial wave technology for water rides used by water sport enthusiasts for surfing, water skimming, boogie boarding, and the like. Such water rides are popular attractions for both competitive athletes and the general public at amusement parks and resorts.

In this action, Wave Loch asserts that United States Patent Nos. 5,236,280 ("the '280 patent"), 5,564,859 ("the '859 patent"), and 5,393,170 ("the '170 patent"), each entitled "Method and Apparatus for Improving Sheet Flow Water Rides," are infringed by AWM's water rides sold under the trade name SurfStream. Wave Loch seeks damages, enhanced damages for willful infringement, and a permanent injunction against AWM. AWM has denied infringement of the asserted patents and has asserted affirmative defenses and counterclaims for patent non-infringement.

## II. PROPOSED CASE SCHEDULE

The case schedule set forth below is agreed upon by the parties, subject to the approval of the Court.

| EVENT | DEADLINE |
| --- | --- |
| Initial Disclosures [Rule 26(a)(1)] | August 15, 2008 |
| ENE/Initial Case Management Conference [per the Court's July 21, 2008 Notice and Order for Early Neutral Evaluation] | September 3, 2008 |
| Plaintiffs' Disclosure of Asserted Claims, Preliminary Infringement Contentions, and Document Production [Patent LR 3.1, 3.2] | September 17, 2008 |

| | |
|---|---|
| Defendant's Preliminary Invalidity Contentions and Document Production [Patent LR 3.3, 3.4] | November 17, 2008 |
| Exchange of Preliminary Proposed Claim Constructions and Extrinsic Evidence [Patent LR 4.1.a, 4.1.b] | December 1, 2008 |
| Exchange of Responsive Claim Constructions and Extrinsic Evidence [Patent LR 4.1.c, 4.1.d] | December 15, 2008 |
| Meet and Confer to Narrow Claim Construction Issues [Patent LR 4.1.e] | Before January 16, 2009 |
| Joint Claim Construction Chart, Worksheet and Hearing Statement [Patent LR 4.2] | January 16, 2009 |
| Completion of Claim Construction Discovery [Patent LR 4.3] | February 13, 2009 |
| Exchange of Opening Claim Construction Briefs and Supporting Evidence [Patent LR 4.4.a] | February 27, 2009 |
| Exchange of Responsive Claim Construction Briefs and Rebuttal Evidence [Patent LR 4.4.b] | March 13, 2009 |
| Claim Construction Hearing [Patent LR 4.5] | April 10, 2009 [subject to Court calendar] |
| Plaintiffs' Final Infringement Contentions, if appropriate [Patent LR 3.6.a] | Within 30 days of Claim Construction Ruling |
| Disclosure of Opinion re Willful Infringement and related materials [Patent LR 3.8] | Within 30 days of Claim Construction Ruling |
| Defendant's Final Invalidity Contentions, if appropriate [Patent LR 3.6.b] | Within 50 days of claim construction ruling |
| Opening Expert Reports due | June 12, 2009 |
| Rebuttal Expert Reports due | July 10, 2009 |
| Discovery Cut-off (Fact and Expert) | July 31, 2009 |
| Last Day to File Dispositive Motions | August 21, 2009 |
| Pretrial Disclosures | October 12, 2009 |
| Pretrial Conference | November 2, 2009 |
| Trial, estimate of five (5) trial days | December 14, 2009 |

## III. RULE 26 DISCOVERY ISSUES

A.    The parties agree that no changes need be made to the form of Initial Disclosures, and agree to serve Rule 26(a)(1) disclosures by August 15, 2008.

B.     The parties agree that discovery may proceed on all issues relevant to infringement, willfulness, validity and damages with respect to the asserted patents, and that discovery should not be conducted in phases.

C.     The parties agree that written discovery requests and responses may be served as PDF format attachments to electronic mail messages transmitted to the electronic mail address of opposing counsel.

D.     The parties agree that a copy of responsive documents that exist in a native electronic format (such as, for example, Microsoft Excel spreadsheets) shall be produced in native format or in a translated format that is reasonably useful, if so directed by the requesting party, even if a copy of the responsive document has already been produced to the requesting party in a hardcopy format.

E.     The parties expect to submit an agreed-upon stipulated form of protective order to address the production and handling of confidential documents and information. The parties shall include any agreed procedures as to privilege and the protection of trial preparation materials in the stipulated protective order.

F.     The parties have discussed proposed changes to normal discovery limitations and have reached certain agreements as follows:

1.     <u>Depositions</u>: The parties agree that each side shall have seventy (70) hours of total deposition time, with no predetermined limit on the number of witnesses. This agreement does not disturb or replace the Fed. R. Civ. P. rules regarding time limits for individual fact witnesses.

2.     <u>Expert Depositions</u>: Each side is allowed one deposition of each testifying expert witness for the opposing side, not to exceed seven (7) hours per expert witness. The parties agree that expert depositions shall not count towards a side's total allotment of deposition time.

3.     <u>Interrogatories</u>: The parties agree that each party shall be allowed to propound a total of thirty (30) interrogatories.

/ / /

### IV. PATENT LOCAL RULE ISSUES

1. The parties do not at this time anticipate presenting live testimony at the Claim Construction Hearing.

2. The parties agree that Wave Loch shall present first at the Claim Construction Hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 14, 2008              By: s/David G. Jankowski
                                        Craig S. Summers
                                        craig.summers@kmob.com
                                        David G. Jankowski
                                        david.jankowski@kmob.com

                                        Attorneys for Plaintiffs/Counterdefendants
                                        WAVE LOCH, INC. and LIGHT WAVE, LTD.

THE CABRERA FIRM, A.P.C.

Dated: August 14, 2008              By: s/Guillermo Cabrera
                                        Guillermo Cabrera
                                        gil@cabrerafirm.com

                                        Attorney for Defendant/Counterclaimant
                                        AMERICAN WAVE MACHINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I caused the foregoing **JOINT REPORT OF RULE 26(f) CONFERENCE OF COUNSEL AND PROPOSED DISCOVERY PLAN** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

**VIA CM/ECF:**   Guillermo Cabrera
gil@cabrerafirm.com
THE CABRERA FIRM, A.P.C.
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4880
Facsimile: (619) 400-4810

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2008, at Irvine, California.

Michael S. Lee

5744919