# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE LOCH, INC., <br><br> Plaintiff, <br> vs. <br><br> AMERICAN WAVE MACHINES, INC., <br><br> Defendant. | CASE NO. 08CV928-W (WMc) <br><br> ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS |

On September 3, 2008, the Court held an Early Neutral Evaluation Conference in the above captioned patent case. Appearing for Plaintiff were David Jankowski, Esq., David Osborne, Esq. and Thomas Lochtfeld. Appearing for Defendant were Gil Cabrera, Esq., Manuel de le Cerra, Esq., Bruce McFarland and Marie McFarland. Settlement could not be reached in the case at this time. The Court discussed compliance with the Patent Local Rules and based thereon, issues the following orders:

1. Plaintiffs' Disclosure of Asserted Claims, Preliminary Infringement Contentions, and Document Production due *September 17, 2008*, pursuant to Patent L.R. 3.1, 3.2.

2. Defendant's Preliminary Invalidity Contentions and Document Production due *November 17, 2008*, pursuant to Patent L.R. 3.3, 3.4.

3. Exchange of Preliminary Proposed Claim Constructions and Extrinsic Evidence due *December 1, 2008*, pursuant to Patent L.R. 4.1a, 4.1b.

4. Exchange of Responsive Claim Constructions and Extrinsic Evidence due *December*

*15, 2008*, pursuant to Patent L.R. 4.1c, 4.1d.

5. Meet and Confer to Narrow Claim Construction Issues completed before *January 16, 2009*, pursuant to Patent L.R. 4.1e.

6. Joint Claim Construction Chart, Worksheet and Hearing Statement due *January 16, 2009*, pursuant to Patent L.R. 4.2.

7. Completion of Claim Construction Discovery due *February 13, 2009*, pursuant to Patent L.R. 4.3.

8. Exchange of Opening Claim Construction Briefs and Supporting Evidence due *February 27, 2009*, pursuant to Patent L.R. 4.4a.

9. Exchange of Responsive Claim Construction Briefs and Rebuttal Evidence due *March 13, 2009*, pursuant to Patent L.R. 4.4b.

10. The Claim Construction Hearing will be held before **Judge Whelan** on **April 9, 2009, at 9:00 a.m.**

11. Plaintiff's Final Infringement Contentions, if applicable, are due within thirty days of the Claim Construction Ruling. [Patent L.R. 3.6a.]

12. Disclosure of Opinion re Willful Infringement and related materials due within thirty days of the Claim Construction Ruling. [Patent L.R. 3.8.]

13. Defendant's Final Invalidity Contentions, if applicable, are due within fifty days of the Claim Construction Ruling. [Patent L.R. 3.6b.]

14  On or before *June 12, 2009*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.  **This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

15. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before *July 10, 2009.*

16. All discovery, including experts, shall be completed by all parties on or before *July 31, 2009*. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in

advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met and conferred and reached an impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than 30 days after the close of discovery.

17. (a) All other pretrial motions must be filed on or before *August 21, 2009*. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. For example, you should contact the judge's law clerk in advance of the motion cut-off to calendar the motion. Failure to make a timely request a motion date may result in the motion not being heard.

(b) Pursuant to Civil Local Rule 7.1(f)(3)(c), if an opposing party fails to file opposition papers in the time and manner required by Civil Local 7.1 (e)(2), that failure may constitute a consent to the granting of a motion or other request for ruling by the Court. Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1(e)(2) or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Civil Local Rule 7.1(f)(3)(c).

(c) Should either party choose to file or oppose a motion for summary judgment or partial summary judgment, no Separate Statement of Disputed or Undisputed Facts is required.

18. The requirements of Civil Local Rule 16.1 (f)(2) to file Memoranda of Contentions of Fact and Law are waived.

19. Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *October 12, 2009*.

20. Counsel shall meet and take the action required by Local Rule 16.1 (f) (4) on or before *October 19, 2009*.

21. Objections to Pre-trial disclosures shall be filed no later than *October 26, 2009.*

22. The Proposed Final Pretrial Conference Order required by Local Rule 16.1 (f) (6) shall be prepared, served, and lodged on or before *October 26, 2009.*

23. The final Pretrial Conference is scheduled on the calendar of **Judge Whelan** on *November 2, 2009, at 10:30 a.m.* Trial will be calendared by Judge Whelan at the pretrial conference.

15. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

16. The dates and times set forth herein will not be modified except for good cause shown.

17. Dates and times for hearings on motions should be approved by the Court's clerk before notice of hearing is served.

18. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

IT IS SO ORDERED.

DATED: September 4, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court